1  DANIEL G. BOGDEN
   United States Attorney
2  DREW SMITH
   Assistant Unites States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | 2:10-cr-058-ECR-PAL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT** |
| DANIEL SNOOK, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America and files this Motion for Leave to Dismiss the above captioned criminal indictment against defendant, Daniel Snook, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. In support of this motion, the government states as follows:

On September 1, 2010, defendant Snook pled guilty to one count of violating Title 18 United States Code, Section 922(g) - Felon in Possession of a Firearm. He was set to be sentenced on January 20, 2011. It has come to the attention of the government that defendant Snook passed away on January 5, 2011. Since the defendant is now deceased, the government hereby seeks leave to dismiss him from indictment 2:10-cr-058-ECR-PAL.

...

...

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of the Federal Rules of Criminal Procedure, and grant this motion to dismiss the indictment of the defendant, Daniel Snook, in this case.

DATED this 9th day of January, 2011.

>	Respectfully submitted,
>	DANIEL G. BOGDEN
>	United States Attorney
>
>	/s/ Drew Smith
>	DREW SMITH
>	Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA, )
    Plaintiff, )  2:10-cr-058-ECR-PAL
     )
     )  **ORDER FOR DISMISSAL**
v. )  **OF INDICTMENT**
     )
DANIEL SNOOK, )
    Defendant. )

## ORDER TO DISMISS

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses criminal indictment number 2:10-cr-058-ECR-PAL.

IT IS SO ORDERED.

DATED this 11 day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE